IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00524-PAB-1

UNITED STATES OF AMERICA

    Plaintiff,

v.

1.  CHRISTOPHER STEWART,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on defendant Stewart's Motion to Clarify Restitution Aspect of Judgment, to Reflect that this Defendant's Restitution Obligation is Joint and Several with Co-Defendant's Obligation to the Same Victim [Docket No. 121]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Motion to Clarify [Docket No. 121] is granted. The Probation Department shall submit an Amended Judgment which reflects that the $3,050.00 restitution owed is joint and several with the restitution obligation of co-defendant Terry Samuel.

    DATED September 1, 2009.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge